1  M. ELIZABETH DAY (SBN 177125)
   eday@feinday.com
2  IAN N. FEINBERG (SBN 88324)
   ifeinberg@feinday.com
3  DAVID ALBERTI (SBN 220625)
   dalberti@feinday.com
4  SAL LIM (SBN 211836)
   slim@feinday.com
5  YAKOV ZOLOTOREV (SBN 224260)
   yzolotorev@feinday.com
6  MARC BELLOLI (SBN 244290)
   mbelloli@feinday.com
7  **FEINBERG DAY ALBERTI & THOMPSON LLP**
   401 Florence Street, Suite 200
8  Palo Alto, CA 94301
   Telephone:  650.618.4360
9  Facsimile:   650.618.4368

10 Attorneys for Defendant
   PRAGMATUS TELECOM, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PRAGMATUS TELECOM, LLC, | CASE NO.  3:12-cv-06195-JCS |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | **Civil Local Rule 6-1(a)** |
| TREND MICRO INCORPORATED, | **Hon. Joseph C. Spero** |
| Defendant. | **Complaint Filed: December 6, 2012** |

Plaintiff, at the request of Defendant Trend Micro Incorporated ("Trend Micro"), hereby moves to extend the deadline for Trend Micro to answer, move or otherwise respond to the Complaint to February 11, 2013.

Trend Micro has not yet formerly retained counsel and, therefore, requested that Plaintiff file this motion.  Plaintiff does not oppose the extension sought by Trend Micro.

| | |
|---|---|
| Dated: January 2, 2013 | FEINBERG DAY ALBERTI & THOMPSON LLP |

By:   /s/ Marc Belloli
    M. Elizabeth Day
    Ian N. Feinberg
    David Alberti
    Sal Lim
    Yakov Zolotorev
    Marc Belloli

Attorneys for Plaintiff
PRAGMATUS TELECOM, LLC