M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
IAN N. FEINBERG (SBN 88324)
ifeinberg@feinday.com
DAVID ALBERTI (SBN 220625)
dalberti@feinday.com
SAL LIM (SBN 211836)
slim@feinday.com
YAKOV ZOLOTOREV (SBN 224260)
yzolotorev@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI & THOMPSON LLP**
401 Florence Street, Suite 200
Palo Alto, CA 94301
Telephone:  650.618.4360
Facsimile:   650.618.4368

Attorneys for Defendant
PRAGMATUS TELECOM, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAGMATUS TELECOM, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TREND MICRO INCORPORATED,<br><br>Defendant. | CASE NO.  3:12-cv-06195-JCS<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**Civil Local Rule 6-1(a)**<br><br>**Hon. Joseph C. Spero**<br><br>**Complaint Filed: December 6, 2012** |

Plaintiff, at the request of Defendant Trend Micro Incorporated ("Trend Micro"), hereby moves to extend the deadline for Trend Micro to answer, move or otherwise respond to the Complaint to February 11, 2013.

Trend Micro has not yet formerly retained counsel and, therefore, requested that Plaintiff file this motion.  Plaintiff does not oppose the extension sought by Trend Micro.

| | | |
|---|---|---|
| 1 | Dated:  January 2, 2013 | FEINBERG DAY ALBERTI & THOMPSON LLP |
| 2 | | |
| 3 | | By:   /s/ Marc Belloli |
| 4 | | M. Elizabeth Day |
| | | Ian N. Feinberg |
| 5 | | David Alberti |
| | | Sal Lim |
| 6 | | Yakov Zolotorev |
| | | Marc Belloli |
| 7 | | |
| 8 | | Attorneys for Plaintiff |
| | | PRAGMATUS TELECOM, LLC |

9  IT IS SO ORDERED:

11  _____
12  Edward M. Chen
    U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]*