**In the United States District Court**
**for the Northern District of California**
**District Judge Edward M. Chen**

**AMENDED CIVIL MINUTES**

**Date:**              March 7, 2013          **Time:** 9:10-9:24
                                              **Court Reporter:**  Margo Gurule
                                                                   (415) 504-4204

**Case No. and Name:**     C12-6195 EMC Pragmatus Telecom v. Trend Micro

**Attorneys:**             Mark Belloli and Elizabeth Day for Plaintiff
                           D. Stuart Bartow for Defendant

**Deputy Clerk:**          Betty Lee

**PROCEEDINGS:**

- CMC

**SUMMARY:**

- Parties shall meet and confer and to submit a joint letter to this Court by 3/21/13 of their choice of ADR including a settlement conference before a magistrate judge.

- The Court adopts parties' proposed claim construction schedule as follows:

| Date | Event |
|---|---|
| 3/29/13 | -Initial disclosures due |
| 3/21/13 | -Plaintiff's infringement contentions and document production due |
| 5/31/13 | -Deadline to amend pleadings |
| 5/6/13 | -Defendant's invalidity contentions and document production due |
| 5/20/13 | -Exchange of proposed terms for construction |
| 6/10/13 | -Exchange of preliminary claim constructions and extrinsic evidence |
| 7/5/13 | -Joint claim construction and prehearing statement due |
| 8/5/13 | -Completion of claim construction discovery |
| 8/19/13 | -Opening claim construction brief due |
| 9/4/13 | -Responsive claim construction brief due |
| 9/11/13 | -Reply claim construction brief due |
| **9/24/13 (2:30 p.m.)** | **-Markman tutorial** |
| **10/7 (2:30 p.m.) & 10/8 (2:30 p.m.)** | **-Claim construction hearing** |

**Further CMC is set for 9/24/13 at 2:30 p.m. Discovery, motion and trial dates will be discussed at that time. An updated joint CMC statement shall be filed by 9/17/13.**