| | |
|---|---|
| ELIZABETH DAY (SBN 177125) <br> eday@feinday.com <br> IAN N. FEINBERG (SBN 88234 <br> ifeinberg@feinday.com <br> DAVID ALBERTI (SBM 220625) <br> dalberti@feinday.com <br> SAL LIM (SBM 211836) <br> slim@feinday.com <br> YAKOV ZOLOTOREV (SBM 224260) <br> yzolotorev@feinday.com <br> MARC BELLOLI (SBN 244290) <br> mbelloli@feinday.com <br> **FEINBERG DAY ALBERTI & THOMPSON LLP** <br> 1600 El Camino Real, Suite 280 <br> Menlo Park, CA 94025 <br> Tel: 650.618.4360 <br> Fax: 650.618.4368 <br><br> Attorneys for Plaintiff <br> PRAGMATUS TELECOM, LLC | YAR R. CHAIKOVSKY (SBN: 175421) <br> ychaikovsky@mwe.com <br> D. STUART BARTOW (SBN: 233107) <br> sbartow@mwe.com <br> **McDERMOTT WILL & EMERY LLP** <br> 275 Middlefield Road, Suite 100 <br> Menlo Park, CA 94025-4004 <br> Telephone: 650 815 7400 <br> Facsimile: 650 815 7401 <br><br> Attorneys for Defendant <br> TREND MICRO INCORPORATED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAGMATUS TELECOM, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TREND MICRO INCORPORATED, <br><br> Defendant. | CASE NO. 12-06195 EMC <br><br> **JOINT STIPULATION** |

-1-

Pragmatus Telecom, LLC ("Pragmatus") and Trend Micro Incorporated ("Trend Micro"), hereby agree and stipulate as follows:

1. Pragmatus has brought the above-captioned patent infringement action (the "Action") accusing Trend Micro of infringing three patents identified in the Complaint by providing live chat services over the Internet (referred to herein as the "Live Chat Services").

2. Trend Micro represents that any Live Chat Services it has used in the United States during the six years prior to the filing of the Complaint and subsequent to the filing of the Complaint – have been provided by LogMeIn Inc. and LivePerson Inc.

3. On November 21, 2012, LogMeIn filed a declaratory judgment action against Pragmatus, captioned *LogMeIn Inc. v. Pragmatus Telecom, LLC* (No. 1:12-cv-01507-RGA) (the "LogMeIn Declaratory Judgment Action"), which is currently pending before the District of Delaware, and in which LogMeIn seeks judgments of (1) non-infringement of the patents-in-suit by LogMeIn technology, and (2) invalidity of the patent-in-suit.

6. Pragmatus represents that it anticipates resolution of the LogMeIn Declaratory Judgment Action in the near future, and both Pragmatus and Trend Micro anticipate that the resolution of the LogMeIn Declaratory Judgment Action will resolve this Action with respect to Trend Micro's use of LogMeIn technology.

7. In light of the foregoing, Pragmatus and Trend Micro further stipulate and agree, subject to the approval of the Court, that this Action shall be stayed until at least April 26, 2013 in order to permit sufficient time for the LogMeIn Declaratory Judgment Action to resolve and for the parties to resolve any other remaining issues.

8. Pragmatus and Trend Micro will apprise the Court in advance of April 26, 2013 of any future developments that would affect the agreed-upon stay and whether to continue the stay beyond April 26, 2013.

9. In light of the foregoing, Pragmatus and Trend Micro do not believe that ADR needs to be selected at this time.

|     |                                           |
| --- | ----------------------------------------- |
| 1   | FEINBERG DAY ALBERTI & THOMPSON LLP       |
| 2   | Dated:  March 21, 2013                    |
| 3   | By  /s/ Marc Belloli                      |
|     | Elizabeth Day                             |
| 4   | Ian Feinberg                              |
|     | David Alberti                             |
| 5   | Sal Lim                                   |
|     | Yakov Zolotorev                           |
| 6   | Marc Belloli                              |
| 7   | Attorneys for Plaintiff                   |
|     | PRAGMATUS TELECOM, LLC                    |

McDERMOTT WILL & EMERY LLP

By  /s/ D. Stuart Bartow
    Yar R. Chaikovsky
    D. Stuart Bartow

    Attorneys for Defendant
    TREND MICRO INCORPORATED

**SO ORDERED,** this ___25th___ day of ___March___, 2013.

_____
The Honorable Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

Pursuant to General Order 45, I hereby attest that I have obtained the concurrence in the filing of this document from the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Dated:  March 21, 2013            By  /s/ Marc Belloli
                                      Marc Belloli