ELIZABETH DAY (SBN 177125)
eday@feinday.com
IAN N. FEINBERG (SBN 88234
ifeinberg@feinday.com
DAVID ALBERTI (SBM 220625)
dalberti@feinday.com
SAL LIM (SBM 211836)
slim@feinday.com
YAKOV ZOLOTOREV (SBM 224260)
yzolotorev@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI & THOMPSON LLP**
401 Florence Street, Suite 200
Palo Alto, CA 94301
Tel: 650.618.4360
Fax: 650.618.4368

Attorneys for Plaintiff
PRAGMATUS TELECOM, LLC

YAR R. CHAIKOVSKY (SBN: 175421)
ychaikovsky@mwe.com
D. STUART BARTOW (SBN: 233107)
sbartow@mwe.com
**McDERMOTT WILL & EMERY LLP**
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:  650 815 7400
Facsimile:  650 815 7401

Attorneys for Defendant
TREND MICRO INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAGMATUS TELECOM, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TREND MICRO INCORPORATED,<br><br>    Defendant. | CASE NO.  12-06195 EMC<br><br>**JOINT STIPULATION** |

-1-

Pragmatus Telecom, LLC ("Pragmatus") and Trend Micro Incorporated ("Trend Micro"), hereby agree and stipulate as follows:

1. Pragmatus has brought the above-captioned patent infringement action (the "Action") accusing Trend Micro of infringing three patents identified in the Complaint by providing live chat services over the Internet (referred to herein as the "Live Chat Services").

2. Trend Micro represents that any Live Chat Services it has used in the United States during the six years prior to the filing of the Complaint and subsequent to the filing of the Complaint have been provided by LogMeIn Inc. and LivePerson Inc.

3. On November 21, 2012, LogMeIn filed a declaratory judgment action against Pragmatus, captioned *LogMeIn Inc. v. Pragmatus Telecom, LLC* (No. 1:12-cv-01507-RGA) (the "LogMeIn Declaratory Judgment Action"), which was pending before the District of Delaware, and in which LogMeIn seeks judgments of (1) non-infringement of the patents-in-suit by LogMeIn technology, and (2) invalidity of the patent-in-suit.

6. Pragmatus and Trend Micro stipulated and agreed and the Court ordered that this Action shall be stayed until at least April 26, 2013 in order to permit sufficient time for the LogMeIn Declaratory Judgment Action to resolve and for the parties to resolve any other remaining issues.

8. The LogMeIn Declaratory Judgment Action has since resolved.

9. In light of the foregoing, the parties stipulate and agree, subject to the approval of the Court that this Action shall be further stayed until May 17, 2013 in order to permit sufficient time for the parties to resolve the remaining issues in the case.

10. Pragmatus and Trend Micro will apprise the Court in advance of May 17, 2013 of any future developments that would affect the agreed-upon stay and whether to continue the stay beyond April 26, 2013.

11. In light of the foregoing, Pragmatus and Trend Micro do not believe that ADR needs to be selected at this time.

| | |
|---|---|
| | FEINBERG DAY ALBERTI & THOMPSON LLP |

Dated: April 29, 2013

By /s/ Marc Belloli
Elizabeth Day
Ian Feinberg
David Alberti
Sal Lim
Yakov Zolotorev
Marc Belloli

Attorneys for Plaintiff
PRAGMATUS TELECOM, LLC

McDERMOTT WILL & EMERY LLP

By /s/ D. Stuart Bartow
Yar R. Chaikovsky
D. Stuart Bartow

Attorneys for Defendant
TREND MICRO INCORPORATED

**SO ORDERED,** this  30th  day of  April , 2013.

_____
The Honorable Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

I hereby attest that all other signatories listed concur in the content and have authorized this filing.

By: /s/ Marc Belloli
Marc Belloli