1   ELIZABETH DAY (SBN 177125)           YAR R. CHAIKOVSKY (SBN: 175421)
    eday@feinday.com                      ychaikovsky@mwe.com
2   IAN N. FEINBERG (SBN 88234            D. STUART BARTOW (SBN: 233107)
    ifeinberg@feinday.com                 sbartow@mwe.com
3   DAVID ALBERTI (SBM 220625)            **McDERMOTT WILL & EMERY LLP**
    dalberti@feinday.com                  275 Middlefield Road, Suite 100
4   SAL LIM (SBM 211836)                  Menlo Park, CA  94025-4004
    slim@feinday.com                      Telephone:  650 815 7400
5   YAKOV ZOLOTOREV (SBM 224260)          Facsimile:  650 815 7401
    yzolotorev@feinday.com
6   MARC BELLOLI (SBN 244290)             Attorneys for Defendant
    mbelloli@feinday.com                  TREND MICRO INCORPORATED
7   **FEINBERG DAY ALBERTI &**
    **THOMPSON LLP**
8   401 Florence Street, Suite 200
    Palo Alto, CA 94301
9   Tel:  650.618.4360
    Fax:  650.618.4368
10
    Attorneys for Plaintiff
11  PRAGMATUS TELECOM, LLC

12
13                      UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15  PRAGMATUS TELECOM, LLC,              CASE NO.  12-06195 EMC

16              Plaintiff,               **JOINT STIPULATION**

17       v.

18  TREND MICRO INCORPORATED,

19              Defendant.

20
21
22
23
24
25
26
27
28

-1-

Pragmatus Telecom, LLC ("Pragmatus") and Trend Micro Incorporated ("Trend Micro"), hereby agree and stipulate as follows:

1.     Pragmatus has brought the above-captioned patent infringement action (the "Action") accusing Trend Micro of infringing three patents identified in the Complaint by providing live chat services over the Internet (referred to herein as the "Live Chat Services").

2.     Trend Micro represents that any Live Chat Services it has used in the United States during the six years prior to the filing of the Complaint and subsequent to the filing of the Complaint have been provided by LogMeIn Inc. and LivePerson Inc.

3.     On November 21, 2012, LogMeIn filed a declaratory judgment action against Pragmatus, captioned *LogMeIn Inc. v. Pragmatus Telecom, LLC* (No. 1:12-cv-01507-RGA) (the "LogMeIn Declaratory Judgment Action"), which was pending before the District of Delaware, and in which LogMeIn seeks judgments of (1) non-infringement of the patents-in-suit by LogMeIn technology, and (2) invalidity of the patent-in-suit.

4.     On February 7, 2012, LivePerson filed a declaratory judgment action against Pragmatus, captioned *Liveperson, Inc. v. Pragmatus Telecom*, LLC (No. 1:12-cv-00147-RGA) ("LivePerson Declaratory Judgment Action"), which is pending before the District of Delaware, and in which LivePerson seeks judgment of (1) non-infringement of the patents-in-suit by LivePerson technology, and (2) invalidity of the patent-in-suit .

5.     Pragmatus and Trend Micro stipulated and agreed and the Court ordered that this Action shall be stayed until at least April 26, 2013 in order to permit sufficient time for the LogMeIn Declaratory Judgment Action to resolve and for the parties to resolve any other remaining issues.

6.     The LogMeIn Declaratory Judgment Action has since resolved.

7.     Furthermore, the parties stipulate and agree, subject to the approval of the Court that this Action shall be further stayed until the resolution of the LivePerson Declaratory Judgment Action.

8.     In light of the foregoing, Pragmatus and Trend Micro do not believe that ADR needs to be selected at this time.

-2-

1

2
                                              FEINBERG DAY ALBERTI & THOMPSON LLP

3    Dated:  May 16, 2013

4                                             By  /s/ Marc Belloli
                                                  Elizabeth Day
5                                                 Ian Feinberg
                                                  David Alberti
6                                                 Sal Lim
                                                  Yakov Zolotorev
7                                                 Marc Belloli

8                                                 Attorneys for Plaintiff
                                                  PRAGMATUS TELECOM, LLC
9

10                                            McDERMOTT WILL & EMERY LLP

11

12
                                              By  /s/ D. Stuart Bartow
13                                                Yar R. Chaikovsky
                                                  D. Stuart Bartow
14
                                                  Attorneys for Defendant
15                                                TREND MICRO INCORPORATED

16

17
                     SO ORDERED, this ____23rd____ day of___May____, 2013.
18
      A CMC has already been scheduled for 9/24/13 at 2:30 p.m.   A joint CMC Statement shall
19    be filed by 9/17/13.

20    _____
                     The Honorable Edward M. Chen
21

22

23                           ATTESTATION

24    I hereby attest that all other signatories listed concur in the content and have authorized this filing.
                                              By: ____/s/ Marc Belloli____
25                                                     Marc Belloli

26

27

28

                                           -3-