ELIZABETH DAY (SBN 177125)
eday@feinday.com
IAN N. FEINBERG (SBN 88234
ifeinberg@feinday.com
DAVID ALBERTI (SBM 220625)
dalberti@feinday.com
SAL LIM (SBM 211836)
slim@feinday.com
YAKOV ZOLOTOREV (SBM 224260)
yzolotorev@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI & THOMPSON LLP**
1600 El Camino Real, Suite 200
Menlo Park, CA 94025
Tel: 650.618.4360
Fax: 650.618.4368

Attorneys for Plaintiff
PRAGMATUS TELECOM, LLC

YAR R. CHAIKOVSKY (SBN: 175421)
ychaikovsky@mwe.com
D. STUART BARTOW (SBN: 233107)
sbartow@mwe.com
**McDERMOTT WILL & EMERY LLP**
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone:    +1 650 815 7400
Facsimile:     +1 650 815 7401

Attorneys for Defendant
TREND MICRO INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAGMATUS TELECOM, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>TREND MICRO INCORPORATED,<br><br>        Defendant. | CASE NO.  12-cv-06195(EMC)<br><br>ELECTRONIC CASE FILING<br><br>**JOINT STIPULATED REQUEST TO VACATE OR POSTPONE CASE MANAGEMENT CONFERENCE SCHEDULED FOR NOVEMBER 21, 2013** |

Pragmatus Telecom, LLC ("Pragmatus") and Trend Micro Incorporated ("Trend Micro") (collectively, the "Parties"), hereby move the Court to vacate—or, in the alternative, postpone—the case management conference currently set for November 21, 2013, and would respectfully show the Court as follows:

1. On May 23, 2013, the Court approved the Parties' joint stipulation to stay this action, and accordingly ordered that the case be stayed pending the resolution of *Liveperson, Inc.*

1  *v. Pragmatus Telecom, LLC* (No. 1:12-cv-00147-RGA) (the "LivePerson Declaratory Judgment

2  Action"), currently pending in the District of Delaware. *See* Dkt. No. 30.  In that action,

3  LivePerson, Inc. seeks judgment of (1) non-infringement of the patent-in-suit (the same patent as

4  is at issue in this litigation), and (2) invalidity of the patent-in-suit.  It is the Parties' expectation

5  that the outcome of the LivePerson Declaratory Judgment Action will resolve most, if not all,

6  issues presented in this litigation.

7        2.      The LivePerson Declaratory Judgment Action is still pending in the District of

8  Delaware, and is proceeding apace before Judge Richard G. Andrews.  A claim construction

9  hearing has been scheduled for December 18, 2013.  The Parties believe it is likely that a claim

10 construction ruling will issue sometime in early- to mid-2014, with potential further proceedings

11 to follow.

12       3.      Given the continued pendency of the LivePerson Declaratory Judgment Action

13 and the substantial work underway in Delaware, the Parties respectfully request that the Court

14 vacate the upcoming case management conference scheduled for November 21, 2013, or, in the

15 alternative, postpone the conference until a date at the Court's convenience at least a few months

16 into 2014.

Dated: November 4, 2013          FEINBERG DAY ALBERTI & THOMPSON LLP

By:   */s/ Marc Belloli*
    Elizabeth Day
    Ian Feinberg
    David Alberti
    Sal Lim
    Yakov Zolotorev
    Marc Belloli

Attorneys for Plaintiff
PRAGMATUS TELECOM, LLC

McDERMOTT WILL & EMERY LLP

By:   */s/ D. Stuart Bartow*
    Yar R. Chaikovsky
    D. Stuart Bartow

Attorneys for Defendant
TREND MICRO INCORPORATED

**ATTESTATION**

I hereby attest that all other signatories listed concur in the content and have authorized this filing.

    */s/ D. Stuart Bartow*
    D. Stuart Bartow

**ORDER**

SO ORDERED, this  6th  day of November, 2013.  The Case Management Conference set for November 21, 2013 is ~~VACATED~~.rescheduled to April 3, 2014, at 10:30 a.m.

The Honorable Edward M. Chen

*[Signature and seal: Judge Edward M. Chen, United States District Court, Northern District of California]*

Joint Stipulated Request to Vacate or Postpone CMC          - 3 -          CASE NO. 12-CV-06195 (EMC)