| | |
|---|---|
| ELIZABETH DAY (SBN 177125)<br>eday@feinday.com<br>IAN N. FEINBERG (SBN 88234<br>ifeinberg@feinday.com<br>DAVID ALBERTI (SBM 220625)<br>dalberti@feinday.com<br>SAL LIM (SBM 211836)<br>slim@feinday.com<br>YAKOV ZOLOTOREV (SBM 224260)<br>yzolotorev@feinday.com<br>MARC BELLOLI (SBN 244290)<br>mbelloli@feinday.com<br>**FEINBERG DAY ALBERTI & THOMPSON LLP**<br>401 Florence Street, Suite 200<br>Palo Alto, CA 94301<br>Tel: 650.618.4360<br>Fax: 650.618.4368<br><br>Attorneys for Plaintiff<br>PRAGMATUS TELECOM, LLC | YAR R. CHAIKOVSKY (SBN: 175421)<br>ychaikovsky@mwe.com<br>D. STUART BARTOW (SBN: 233107)<br>sbartow@mwe.com<br>**McDERMOTT WILL & EMERY LLP**<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA  94025-4004<br>Telephone:  650 815 7400<br>Facsimile:  650 815 7401<br><br>Attorneys for Defendant<br>TREND MICRO INCORPORATED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAGMATUS TELECOM, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>TREND MICRO INCORPORATED,<br><br>   Defendant. | CASE NO.  12-06195 EMC<br><br>**JOINT STIPULATION OF DISMISSAL** |

   IT IS HEREBY STIPULATED by Pragmatus Telecom, LLC ("Pragmatus") and Trend Micro Incorporated ("Trend Micro") as follows:

   1.   Pragmatus brought the above-captioned patent infringement action (the "Action") alleging infringement of U.S. Patent Nos. 6,311,231, 6,668,286, and 7,159,043.

   2.   Trend Micro represents, based on its investigation to date, that since 2006 its "live chat services" have been provided exclusively by LogMeIn, Inc. ("LogMeIn") and LivePerson, Inc. ("LivePerson").

-1-

**JOINT STIPULATION – CASE NO. 12-06195 EMC**

3. Based on the foregoing representations by Trend Micro, Pragmatus hereby dismisses WITH PREJUDICE all claims in the Action to the extent those claims relate to live chat products or services provided to Trend Micro by LogMeIn and LivePerson. Pragmatus dismisses all other claims accruing prior to the date of this stipulation WITH PREJUDICE. Pragmatus dismisses all other claims as to other live chat providers WITHOUT PREJUDICE.

4. Each party shall bear its own costs, expenses and attorneys' fees.

February 18, 2014

FEINBERG DAY ALBERTI & THOMPSON LLP

By /s/ Marc Belloli
Marc Belloli
Elizabeth Day
Ian Feinberg
David Alberi
Clayton Thompson
Yakov Zolotorev
Sal Lim

Attorneys for Plaintiff Pragmatus Telecom LLC

McDERMOTT WILL & EMERY LLP

By /s/ D. Stuart Bartow
D. Stuart Bartow
Yar R. Chaikovsky
Attorneys for Defendant
TREND MICRO INCORPORATED

**IT IS SO ORDERED,** this <u>  21st  </u> day of <u>  February  </u>, 2014.

_____
The Honorable Edward M. Chen

APPROVED
Judge Edward M. Chen

JOINT STIPULATION – CASE NO. 12-06195 EMC